IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DEBRA NICHOLSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 1:07-0014 |
| ) | JUDGE HAYNES |
| CALSONICKANSEI NORTH AMERICA, INC., ) | |
| JEFFERSON PILOT FINANCIAL INSURANCE ) | |
| COMPANY AND LINCOLN FINANCIAL ) | |
| GROUP, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon the stipulation of dismissal (Docket Entry No. 19), the Plaintiff's claims against the Defendants Lincoln National Life Insurance Company f/k/a Jefferson Pilot Financial Insurance Company, Calsonickansei North America, Inc., and Lincoln Financial Group are **DISMISSED** with prejudice. Each party shall bear its own costs.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 10th day of October, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge